

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Malik Kadeem Fountain
Plaintiff,

v.

ILLINOIS STATE POLICE,

Defendants.

**RECEIVED**

MAY 22 2025 BT

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No.: _____
Judge: _____

JURY TRIAL DEMANDED

1:25-cv-05752
Judge Mary M. Rowland
Magistrate Judge Jeffrey T. Gilbert
Random/Cat. 2

## COMPLAINT FOR DAMAGES

(42 U.S.C. § 1983 – Racial Profiling, Hate Crime, Equal Protection Violation, Fraud)

### INTRODUCTION

This is a civil rights action brought under 42 U.S.C. § 1983 to redress the deprivation of rights guaranteed by the Fourteenth Amendment to the United States Constitution.

Plaintiff was subjected to racial profiling and hate-based intimidation by Illinois State Police officers solely based on Plaintiff's race, in violation of Plaintiff's constitutional and statutory rights.

Plaintiff was also subjected to fraudulent acts and activities from the Illinois State Police in order to create a narrative that their acts were not about race.

### JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this action arises under the Constitution and laws of the United States.

Venue is proper in this judicial district under 28 U.S.C. § 1391(b), as the events giving rise to the claims occurred within the Northern District of Illinois.

### PARTIES

Plaintiff Malik Fountain is a resident of Olympia Fields, Illinois and an African American citizen of the United States.

Defendant Illinois State Police is a state law enforcement agency operating within the State of Illinois, including the Northern District. It is a "person" under 42 U.S.C. § 1983 for purposes of Monell liability for unconstitutional policies, practices, and customs.

Defendants are employed by Illinois State Police and the plaintiff is unable to identify the police officers involve without the compliance of the Freedom of Information Officer. The plaintiff also completed a Request of Review with the Illinois Attorney General Public Access Bureau who reached out to a Freedom of Information Officer, and they still have not responded. At all times relevant, Defendant acted under color of state law.

## FACTUAL ALLEGATIONS

Plaintiff, who is African American, was the victim of an illegal sting.

Through episodes of racial profiling the Illinois State Police falsely accused the Plaintiff of being a drug dealer.

Co-conspired with local law enforcement to target Plaintiff by illegally following Plaintiff around.

Committed fraud to corrupt an EEOC race related case against Plaintiff former Employer (Envision Unlimited).

Defendants used racial slurs and threatening language intended to intimidate Plaintiff based on race.

The Defendants are held liable for unlawful CDL corrupting State and Federal bylaws.

The Illinois State initiated their sketch protocol to hide the racial crimes committed.

Plaintiff feared for their safety and experienced emotional trauma and distress because of this racially motivated intimidation.

Upon information and belief, the Illinois State Police have a history of racially discriminatory conduct, including racial profiling and hate-motivated actions.

Defendant Illinois State Police failed to train, supervise, or discipline officers adequately to prevent racially motivated conduct and hate-based actions.

## CLAIMS FOR RELIEF

COUNT I:
Violation of the Fourteenth Amendment (Racial Profiling and Hate-Based Discrimination) (42 U.S.C. § 1983)

Plaintiff realleges paragraphs.

Defendant Officer, acting under color of law, targeted Plaintiff based on race, subjected Plaintiff to hate-based verbal abuse, and attempted to intimidate Plaintiff.

This conduct was motivated by racial animus and violated Plaintiff's right to equal protection under the Fourteenth Amendment.

The conduct described was objectively unreasonable and caused Plaintiff emotional trauma and distress.

COUNT II:
Monell Liability – Unconstitutional Policy or Practice
(42 U.S.C. § 1983)

Plaintiff realleges paragraphs.

Defendant Illinois State Police has a policy, practice, or custom of allowing or failing to prevent racially and fraudulent discriminatory conduct by its officers.

Such failure demonstrates deliberate indifference to the constitutional rights of minority residents and visitors, including Plaintiff.

As a direct and proximate result, Plaintiff suffered injury including emotional distress, fear, and humiliation.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Enter judgment against Defendants and in favor of Plaintiff;

b. Award compensatory damages in an amount to be proven at trial;

c. Award punitive damages against the individual officer(s);

d. Award costs and attorney's fees pursuant to 42 U.S.C. § 1988;

e. Grant any further relief the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all triable issues.

Respectfully submitted,

Malik Kadeem Fountain